In the Matter of AMIR J.-L., an Infant. ADMINISTRATION FOR CHILDREN'S SERVICES, Respondent; PHILLIP J.-L., Appellant.

Submitted August 17, 2009; decided September 15, 2009

Reported below, 57 AD3d 669.

Motion for reargument of motion for leave to appeal denied [*see* 12 NY3d 905 (2009)].